IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. CLARK, | |
| Plaintiff, | 4:23CV3060 |
| vs. | |
| WELLS FARGO BANK, LISA C., Executive Office Case Management; KATIE THOMPSON, Banker; LISA LOMACK, and W. RANDALL PARAGAS, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on non-prisoner Plaintiff Kenneth W. Clark's Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, and his motion for summons, Filing No. 5. Upon review of Plaintiff's IFP Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis, and his IFP Motion shall be granted. However, Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). Therefore, the Court will conduct this initial review in its normal course of business and will address Plaintiff's motion for summons either concurrently with or following its initial review.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis, Filing No. 2 is granted, and the Complaint shall be filed without payment of fees. The Court will

2

defer addressing the Motion for Summons, Filing No. 5, until it performs an initial review of this matter or thereafter.

Dated this 25th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court