IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. CLARK, | |
| Plaintiff, | 4:23CV3060 |
| vs. | |
| WELLS FARGO BANK, LISA C., Executive Office Case Management; KATIE THOMPSON, Banker; LISA LOMACK, and W. RANDALL PARAGAS, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on its own motion. On May 1, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address which was returned to this Court as undeliverable. See Filing No. 8. Plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order to Plaintiff's last known address listed in the Complaint, Filing No. 1.

3. The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **June 5, 2023**: check for address.

Dated this 5th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court