IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. CLARK, | |
| Plaintiff, | 4:23CV3060 |
| vs. | |
| WELLS FARGO BANK, LISA C., Executive Office Case Management; KATIE THOMPSON, Banker; LISA LOMACK, and W. RANDALL PARAGAS, | MEMORANDUM AND ORDER |
| Defendants. | |

Before the Court is a motion filed by Plaintiff titled "Motion of Summary Judgment the Violation Review [a]nd Appeals Courts" (the "Motion"). Filing No. 18. The totality of Plaintiff's Motion consists of the following: "Motion of a review the violation of Statute law rules code 24-722. Due process of law constitutions preclude all the amendment." Id.

While the Motion is fairly unintelligible, to the extent Plaintiff seeks reconsideration of this Court's prior order and judgment dismissing the case without prejudice, Filing Nos. 14 and 15, either as a motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, or as a motion for relief from judgment, filed pursuant to Rule 60(b), such review was previously performed by this Court and relief denied on November 15, 2023. Filing No. 17. To the extent Plaintiff seeks additional

reconsideration of the dismissal of his case, the Court denies the Motion for the reasons set forth it its November 15 Order. See Id.

For these reasons IT IS THEREFORE ORDERED: Plaintiff's Motion, Filing No. 18, is denied.

Dated this 4th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court